In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, and GERTRUDE E. CORON and FRANK F. CORON, as Temporary Administrators of the Estate of SARAH R. CORON, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

MICHAEL KLACHKO, etc., v. LAWYERS TRUST COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

OAKDALE CONTRACTING COMPANY, INC., v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ERNESTINE GRIFFENHAGEN and Others for the Removal of SAMUEL S. ISAACS and Others, as Executors, etc., of DAVID ISRAEL, Deceased, etc.—Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

MANHATTAN SQUARE-BERESFORD, INC., v. MORRIS E. MARVIN.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs, and motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ALBERT E. HELLER and LEO M. KAHN, as Executors, etc., of BELLA M. KAUFMAN, Deceased, and the Fixing of Attorney's Fees. HARRY WEINBERGER; ALBERT E. HELLER and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

GEORGE J. SEAMAN, JR., an Infant, by GEORGE J. SEAMAN, SR., His Guardian ad Litem, and GEORGE J. SEAMAN, SR., v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.

In the Matter of FRANCES CALHOUN on Behalf of MARSHA CALHOUN v. BERTHA CALHOUN.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.